**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ryan Frank BONNEAU, Defendant–Appellant.**

**Nos. 11–30269, 12–35298.**

United States Court of Appeals, Ninth Circuit.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 10, 2012.*

Filed Sept. 25, 2012.

Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Ryan Frank Bonneau, Sheridan, OR, pro se.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

In Appeal No. 12–35298, Ryan Frank Bonneau's request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions in that case, if any, are denied as moot.

In Appeal No. 11–30269, Bonneau appeals from the district court's order denying his motion for return of property. We have jurisdiction under 28 U.S.C. § 1291. Because Bonneau's criminal proceedings have ended, we remand to the district court to determine what, if any, property Bonneau is entitled to have returned to him. *See* Fed.R.Crim.P. 41(g); *United States v. Kaczynski*, 416 F.3d 971, 974 (9th Cir.2005).

**In Appeal No. 12–35298 the request for a certificate of appealability is DE-NIED, and in Appeal No. 11–30269 the**

district court's order is VACATED and the case is REMANDED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

